JS-6

FILED
CLERK, U.S. DISTRICT COURT
November 29, 2016
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| SIOBHAN SANSONE, | Case No.: 5:15-cv-01009 SJO (JEM) |
| Plaintiff, | |
| v. | **ORDER RE: DISMISSAL OF DEFENDANTS WITH PREJUDICE** |
| CITY OF SAN BERNARDINO and SAN BERNARDINO POLICE DEPARTMENT, | |
| Defendants. | Hon. S. James Otero |

Before the Court is a Notice of Settlement and Joint Stipulation. The parties have reached settlement on all issues raised in this matter. The parties have fully performed their obligations under their settlement agreement. Having read and considered the parties stipulation, and good cause appearing therefore, it is ordered as follows:  This case is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a).

**IT IS SO ORDERED, ADJUDGED AND DECREED.**

Dated:  November 29, 2016      _____

　　　　　　　　　　　　　　　　S. James Otero
　　　　　　　　　　　　　　　　United States District Judge